## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Sidney I. Schenkier | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 7736 | **DATE** | 3/28/2011 |
| **CASE TITLE** | Martinez vs. Waukegan et al | | |

**DOCKET ENTRY TEXT**

Pursuant to the settlement of the parties, the case is dismissed without prejudice and without costs, and with leave to seek reinstatement by 05/31/11 for purposes of enforcing the settlement. If the case is not reinstated by that date and there is no motion for reinstatement pending, then as of 06/01/11 the dismissal shall be with prejudice. Terminating case.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JJ |
|---|---|---|